NUMBER 13-02-224-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________



ALVA LLOYD BELL , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 25th District Court

of Gonzales County, Texas.


___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, Alva Lloyd Bell , perfected an appeal from a judgment entered by the 25th District Court of Gonzales County,
Texas, in cause number 4-01 . Counsel for appellant has now filed a motion to permanently abate the appeal based on the
death of appellant, Alva Lloyd Bell. In his motion, counsel informs this Court that appellant, Alva Lloyd Bell, died on
November 9, 2002.

 We grant counsel's motion, and, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order this
appeal permanently ABATED.



PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 27th day of February, 2003.